IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

DANIELLE TYLER,  CHAPTER 13

DEBTOR.  CASE NO. 15-19227-DER

**NOTICE OF WITHDRAWAL OF OBJECTION TO PLAN**

Notice is hereby given that the Objection to Plan of CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-11, by Counsel, filed on September 3, 2015 as Docket #18, is hereby Withdrawn Without Prejudice. The Chapter 13 Plan was Denied With Leave to Amend on September 10, 2015, rendering the Objection to Plan Moot.

Respectfully submitted,

By: **/s/KIMBERLY B. LANE**
Randa S. Azzam, Esquire, Bar No. 22474
Kimberly B. Lane, Esquire, Bar No. 18513
Samuel I. White, P. C.
611 Rockville Pike,
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
kbritt@siwpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Withdrawal was served by regular mail or email this 11th day of September, 2015 on all necessary parties including Ellen W. Cosby, Trustee, 300 E. Joppa Road Suite 409, Towson, MD 21286; Joseph Michael Selba, Counsel for Debtor, 1400 S. Charles St., 3rd Floor, Baltimore, MD 21230; and Danielle Tyler, Debtor, 7204 Kimmel Ave., Dundalk, MD 21222.

**/s/KIMBERLY B. LANE**
Kimberly B. Lane, Esquire
Samuel I. White, P. C.